UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>         Plaintiff,<br><br> v.<br><br>VINE,<br><br>         Defendant. | Case No. 3:25-cv-00439-ART-CLB<br><br>ORDER |

**I. DISCUSSION**

In August 2025, the Clerk of Court opened this action noting that Plaintiff had not filed an application to proceed *in forma* pauperis, paid the filing fee, or submitted a complaint, but had submitted a motion for preliminary injunction. (ECF Nos. 1, 3). The Court directed Plaintiff to satisfy the matter of the filing fee and file a complaint. (ECF No. 4). In response, Plaintiff moves to voluntarily dismiss this action. (ECF No. 5). Plaintiff notes that he meant to file his motion for preliminary injunction in another one of his open cases but forgot to write the case number on the document. (*Id.* at 1). Plaintiff moves to close this case and will refile his motion in the correct case. (*Id.*)

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

**II. CONCLUSION**

It is therefore ordered that that the motion for voluntary dismissal (ECF No. 5) is granted.

It is further ordered that this action is dismissed in its entirety without

1

prejudice.

It is further ordered that the Clerk of the Court will close the case.

DATED: September 5, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE